Official Form 1 (4/07)

| United States Bankruptcy Court<br>Western District of Missouri | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lundy, Bradley Aaron** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Lundy, Shiloh Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Shiloh Marie Mace** |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-6805** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-2049** |
| Street Address of Debtor (No. and Street, City, and State):<br>**724 Harmon**<br>**Saint Joseph, MO**<br>ZIP Code **64504** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**724 Harmon**<br>**Saint Joseph, MO**<br>ZIP Code **64504** |
| County of Residence or of the Principal Place of Business:<br>**Buchanan** | County of Residence or of the Principal Place of Business:<br>**Buchanan** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information    *** G Addam Fera MO 51272 ***

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $10,000 | $10,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ |

**Official Form 1 (4/07)**

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lundy, Bradley Aaron**<br>**Lundy, Shiloh Marie** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ G Addam Fera MO**                    **May  9, 2007**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**G Addam Fera MO 51272** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (4/07)                                                                                FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Lundy, Bradley Aaron** |
| **Lundy, Shiloh Marie** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bradley Aaron Lundy**
Signature of Debtor **Bradley Aaron Lundy**

X **/s/ Shiloh Marie Lundy**
Signature of Joint Debtor **Shiloh Marie Lundy**

Telephone Number (If not represented by attorney)

**May  9, 2007**
Date

### Signature of Attorney

X **/s/ G Addam Fera MO**
Signature of Attorney for Debtor(s)

**G Addam Fera MO 51272**
Printed Name of Attorney for Debtor(s)

**Costello, Davey & Fera, LLC**
Firm Name

**7211 NW 83rd Street, Suite 220**
**Kansas City, MO 64152**

Address

**Email: docket@cdf-law.com**
**816-505-4357  Fax: 816-505-4355**
Telephone Number

**May  9, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Western District of Missouri

In re **Bradley Aaron Lundy**
**Shiloh Marie Lundy**

Debtor(s)

Case No. _____

Chapter **13**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Bradley Aaron Lundy**
       **Bradley Aaron Lundy**
Date: **May  9, 2007**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Western District of Missouri

In re    **Bradley Aaron Lundy**
**Shiloh Marie Lundy**

Debtor(s)

Case No. _____

Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Shiloh Marie Lundy**
                        **Shiloh Marie Lundy**
Date:  **May  9, 2007**

# United States Bankruptcy Court
## Western District of Missouri

In re **Bradley Aaron Lundy**
**Shiloh Marie Lundy**
Debtor(s)

Case No.

Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **1,226.00** |
| Balance Due | $ | **774.00** |

2. $ **274.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May  9, 2007**

**/s/ G Addam Fera MO**
**G Addam Fera MO 51272**
**Costello, Davey & Fera, LLC**
**7211 NW 83rd Street, Suite 220**
**Kansas City, MO 64152**
**816-505-4357  Fax: 816-505-4355**
**docket@cdf-law.com**

Alliance Radiology PC
PO Box 804451
Kansas City MO 64180

Citifinancial Bankruptcy Dept
7460 New Ridge Rd
Hanover MD 21076

EMC Mortgage Corp
PO Box 660530
Dallas TX 75266

Buchanan County Collector
411 Jules St, Suite 123
Saint Joseph MO 64501-1788

Comprehensive Family Care Center
5325 Faraon
Saint Joseph MO 64506

EMC Mortgage Corp
909 Hidden Ridge Dr #200
ATTN Loss Mitigation
Irving TX 75038

Buchanan County District Clerk
411 Jules St, Suite 100
Saint Joseph MO 64501-1788

CREDIT WORLD
6000 MARTWAY
MISSION KS 66202

FIDELITY PROPERTIES IN
220 E MAIN ST
ALLIANCE OH 44601

Capital One Bank
PO Box 26074
Richmond VA 23260

Creditors Interchange
80 Holtz Dr
Buffalo NY 14225

FIRST TENN BANK MEMPHIS
PO BOX 132
MEMPHIS TN 38101

Caroline A Stewart
PO Box 503
Elwood KS 66024

David R Schimtt
106 S 7th Street Ste 500
Saint Joseph MO 64501

FIRSTCREDIT
3250 W MARKET SUITE 304
AKRON OH 44333

Chase
800 Brooksedge Blvd
Westerville OH 43081

David R Schmitt
106 South 7th St, Suite 500
Saint Joseph MO 64501

GEMB/JC PENNEY DC
PO BOX 981400
EL PASO TX 79998

Chase Bank One
PO Box 94014
Palatine IL 60094

Dept of Education
Office Post Sec Ed Reg IX
50 United Nations Plaza RM 242
San Francisco CA 94102-4987

GRDN/CBSD
PO BOX 6003
HAGERSTOWN MD 21747

Childrens Mercy Hospital
PO Box 804435
Kansas City MO 64180

Dept of Education ACS
Direct Student Loans
501 Bleecker St East
Utica NY 13501

Heartland Anesthesia
5325 Faraon St
Saint Joseph MO 64506

Citifinancial
PO Box 6931
The Lakes NV 88901

Dept of Education OGC
Div of Post Secondary Education
400 Maryland Ave SW RM 6E118
Washington DC 20202-2110

Heartland Health
5325 Faraon St
Saint Joseph MO 64506

CITIFINANCIAL
PO BOX 499
HANOVER MD 21076

DS FINANCE
510 NORTH BELT HWY
SAINT JOSEPH MO 64506

Heartland Regional Medical Center
137 N Belt Hwy
Saint Joseph MO 64506

Heartland Regional Medical Center
5325 Faraon
Saint Joseph MO 64506

Medical Group
5325 Faraon
Saint Joseph MO 64506

NW FINANCIAL
5514 CORPORATE DRI SUITE 140
SAINT JOSEPH MO 64507

Heartland Urgent Care
1301 S Belt Hwy
Saint Joseph MO 64507

Midwest Orthopedics PA
address
city ST zip

OPTIMA RECOVERY SERVIC
6215 KINGSTON PK STE A
KNOXVILLE TN 37919

Heartland Womens Health
2790 Clay Edwards Dr, Ste 530
North Kansas City MO 64116-3266

Midwestern Health Management Inc
dba Northwest Financial Services
PO Box 285
Saint Joseph MO 64502

OSI COLLECT
1375 E WOODFIELD #110
SCHAUMBURG IL 60173

HSBC/Yamaha
90 Christina Rd
New Castle DE 19720

MO Dept of Revenue
PO Box 475
Jefferson City MO 65105-0475

Progressive Insurance
Bankruptcy Dept
6300 Wilson Mills Road
Mayfield Village OH 44143

Irwin J Frankel
Kramer & Frank PC
9300 Dielman Ind Dr, Ste 100
Saint Louis MO 63132-2205

NCO FINANCIAL SVCS
PO BOX 41466
PHILADELPHIA PA 19101

Radiology Specialists of St Joseph
PO Box 6456
Saint Joseph MO 64506

KANSAS COUNSELORS
PO BOX 14765
SHAWNEE MISSION KS 66285

Northwest Financial Services
PO Box 285
Saint Joseph MO 64502

Sallie Mae
PO Box 9500
Wilkes Barre PA 18773

Katherine McDowell
MO Family Support Payment Center
PO Box 109002
Jefferson City MO 65110-9002

Northwest Health Services
2303 Village Dr
Saint Joseph MO 64506

Sallie Mae
Attn BR Litigation Unit E3149
PO Box 6180
Indianapolis IN 46206

KAY JEWELERS
375 GHENT RD
AKRON OH 44333

Northwest Health Services
3110 Kaenes Rd
Saint Joseph MO 64506

SEARS/CBSD
PO BOX 6189
SIOUX FALLS SD 57117

Lakeside Pediatrics
902 N Riverside Rd
Saint Joseph MO 64507

Northwest Health Services Inc
PO Box 8612
Saint Joseph MO 64508-8612

Shawnee Mission Emergency Phys
PO Box 931376
Kansas City MO 64193-1376

LDC COLLECT
POB 104600
JEFFERSON CITY MO 65110

Northwest MO Emergency Physicians
PO Box 667
Saint Joseph MO 64502

Shawnee Mission Medical Ctr
9100 West 74th St
Shawnee Mission KS 66204

St Francis Hospital
2016 S Main
Maryville MO 64468

World Finance
3605 South Belt Hwy
Saint Joseph MO 64503

SUPERIOR  MGT
PO BOX  4339
FORT WALTON BE FL 32549

T Mobile  USA  Inc
Bankruptcy Dept
PO Box  53410
Bellevue WA 98015

Toyota  Motor  Credit  Corp
PO Box  2730 Mail Stop  WF22
Torrance CA 90509

Truman  Medical  Center
7900  Lees  Summit  Rd
Lees Summit MO 64139

Union  Hospital
address
city ST zip

United  Imaging  Consultants  LLC
5800  Foxridge  Dr  #240
Mission KS 66202

US  Attorney  MO
Room  5510 US  Courthouse
400  East  9th  St
Kansas City MO 64106

USB  Trustee  for  BHEA  Inc
% Sallie  Mae  Inc
220  Lasley  Ave
Wilkes Barre PA 18706

VERIZON  WIRELESS
1515  WOODFIELD  RD  STE140
SCHAUMBURG IL 60173

# United States Bankruptcy Court
### Western District of Missouri

In re    **Bradley Aaron Lundy**
      **Shiloh Marie Lundy**                     Case No. _____

                                    Debtor(s)         Chapter     **13** _____

## <u>VERIFICATION OF MAILING MATRIX</u>

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:   **May 9, 2007** _____        **/s/ Bradley Aaron Lundy** _____
                                          **Bradley Aaron Lundy**
                                          Signature of Debtor

Date:   **May 9, 2007** _____        **/s/ Shiloh Marie Lundy** _____
                                          **Shiloh Marie Lundy**
                                          Signature of Debtor

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Western District of Missouri

In re    **Bradley Aaron Lundy,**
      **Shiloh Marie Lundy**        Case No. _____

                                     Debtors      Chapter _____ **13** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 69,000.00 | | |
| B - Personal Property | Yes | 4 | 25,531.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 97,173.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 2,450.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 99,715.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,388.49 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,814.00 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 94,531.00 | | |
| Total Liabilities | | | | 199,338.00 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Western District of Missouri

In re    **Bradley Aaron Lundy,**
     **Shiloh Marie Lundy**

Case No. _____

_____,    Chapter _____ **13**

                                     Debtors

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 2,450.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 5,387.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 7,837.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,388.49 |
| Average Expenses (from Schedule J, Line 18) | 2,814.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,310.03 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 14,208.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 2,450.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 99,715.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 113,923.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6A
(10/05)

In re      **Bradley Aaron Lundy,**                                                    Case No. _____

       **Shiloh Marie Lundy**

_____ ,
                 Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: 724 Harmon, Saint Jospeh MO 64504** | **Joint tenant** | **J** | **69,000.00** | **62,315.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **69,000.00** | (Total of this page) |
| Total > | **69,000.00** |  |

   **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re  **Bradley Aaron Lundy,**                                    Case No. _____

     **Shiloh Marie Lundy**

_____,

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 1.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **North American Savings Bank, checking Acct# xxxxxx8322** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Beds** | J | 200.00 |
| | | **Dressers** | J | 150.00 |
| | | **Linens** | J | 25.00 |
| | | **TV** | J | 50.00 |
| | | **Telephone/ Answering Machine** | J | 25.00 |
| | | **Stove** | J | 100.00 |
| | | **Refrigerator** | J | 100.00 |
| | | **Microwave** | J | 20.00 |
| | | **Small Appliances** | J | 10.00 |
| | | **Pots/Pans/Dishes** | J | 35.00 |
| | | **Silverware** | J | 25.00 |
| | | **Sofa** | J | 50.00 |
| | | **Chair** | J | 25.00 |

Sub-Total >    **816.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Bradley Aaron Lundy,**                Case No. _____
          **Shiloh Marie Lundy**

                         Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Kitchen Tables | J | 20.00 |
| | | Entertainment Center | J | 10.00 |
| | | Washer/Dryer | J | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | J | 1,000.00 |
| 7. Furs and jewelry. | | Wedding Rings | J | 600.00 |
| | | Necklace, Earrings | J | 25.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life policy, through employer $10,000 term | W | 0.00 |
| | | Term Life policy, through Shiloh's employer $5,000 term | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA, w/ Potter Financial | J | 1,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >      **2,955.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

Form B6B
(10/05)

In re    **Bradley Aaron Lundy,**                                           Case No. _____
         **Shiloh Marie Lundy**
                                                        ,
                        Debtors
# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Child Support, $250.00 monthly paid by John Obermeier** | H | 250.00 |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Back Child Support claim, owed by John Obermeier** | W | 860.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Ford F150 pickup truck VIN# 1FTD1824VKC30616** | J | 6,950.00 |
| | | Sub-Total > (Total of this page) | | 8,060.00 |

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Bradley Aaron Lundy,**                                    Case No. _____
         **Shiloh Marie Lundy,**
                                                    ,
                              Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1981 Chevrolet Custom 1 ton truck VIN# 1GCHK34W8BB117927** | **J** | **1,200.00** |
| | | **2005 Yamaha Bruin 4Wheeler** | **J** | **4,000.00** |
| | | **1998 Ford Expedition VIN# 1FMRU18WXWLA51907** | **J** | **8,500.00** |
| 26.  Boats, motors, and accessories. | **X** | | | |
| 27.  Aircraft and accessories. | **X** | | | |
| 28.  Office equipment, furnishings, and supplies. | **X** | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 30.  Inventory. | **X** | | | |
| 31.  Animals. | | **Pets, Dogs 2** | **J** | **0.00** |
| 32.  Crops - growing or harvested. Give particulars. | **X** | | | |
| 33.  Farming equipment and implements. | **X** | | | |
| 34.  Farm supplies, chemicals, and feed. | **X** | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | **X** | | | |

|  | Sub-Total >  | **13,700.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total >  | **25,531.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6C
(4/07)

In re    **Bradley Aaron Lundy,**                                          Case No. _____
         **Shiloh Marie Lundy**

_____,
                                    Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **Residence: 724 Harmon, Saint Jospeh MO 64504** | **RSMo § 513.475** | **15,000.00** | **69,000.00** |
| **Cash on Hand** | | | |
| **Cash** | **RSMo § 513.430.1(3)** | **1.00** | **1.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **North American Savings Bank, checking Acct# xxxxxx8322** | **RSMo § 513.430.1(3)** | **0.00** | **0.00** |
| **Household Goods and Furnishings** | | | |
| **Beds** | **RSMo § 513.430.1(1)** | **200.00** | **200.00** |
| **Dressers** | **RSMo § 513.430.1(1)** | **150.00** | **150.00** |
| **Linens** | **RSMo § 513.430.1(1)** | **25.00** | **25.00** |
| **TV** | **RSMo § 513.430.1(1)** | **50.00** | **50.00** |
| **Telephone/ Answering Machine** | **RSMo § 513.430.1(1)** | **25.00** | **25.00** |
| **Stove** | **RSMo § 513.430.1(1)** | **100.00** | **100.00** |
| **Refrigerator** | **RSMo § 513.430.1(1)** | **100.00** | **100.00** |
| **Microwave** | **RSMo § 513.430.1(1)** | **20.00** | **20.00** |
| **Small Appliances** | **RSMo § 513.430.1(1)** | **10.00** | **10.00** |
| **Pots/Pans/Dishes** | **RSMo § 513.430.1(1)** | **35.00** | **35.00** |
| **Silverware** | **RSMo § 513.430.1(1)** | **25.00** | **25.00** |
| **Sofa** | **RSMo § 513.430.1(1)** | **50.00** | **50.00** |
| **Chair** | **RSMo § 513.430.1(1)** | **25.00** | **25.00** |
| **Kitchen Tables** | **RSMo § 513.430.1(1)** | **20.00** | **20.00** |
| **Entertainment Center** | **RSMo § 513.430.1(1)** | **10.00** | **10.00** |
| **Washer/Dryer** | **RSMo § 513.430.1(1)** | **300.00** | **300.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **RSMo § 513.430.1(1)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **Wedding Rings** | **RSMo § 513.430.1(2)** | **600.00** | **600.00** |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6C
(4/07)

In re      **Bradley Aaron Lundy,**                                          Case No. _____

      **Shiloh Marie Lundy**

_____,
Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Necklace, Earrings | RSMo § 513.430.1(2) | 25.00 | 25.00 |
| **Interests in Insurance Policies** | | | |
| Term Life policy, through employer $10,000 term | RSMo § 513.430.1(7) | 100% | 0.00 |
| Term Life policy, through Shiloh's employer $5,000 term | RSMo § 513.430.1(7) | 100% | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA, w/ Potter Financial | RSMo § 513.430.1(10)(f) | 100% | 1,000.00 |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| Child Support, $250.00 monthly paid by John Obermeier | RSMo § 513.430.1(10)(d) | 250.00 | 250.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Back Child Support claim, owed by John Obermeier | RSMo § 513.427 | 100% | 860.00 |

|  |  |  |  |
|---|---|---:|---:|
| Total: | | 19,881.00 | 73,881.00 |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6D (10/06)

In re    **Bradley Aaron Lundy,**
       **Shiloh Marie Lundy**

Case No. _____

,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6072584646136531** <br><br> **Citifinancial** <br> **PO Box 6931** <br> **The Lakes, NV 88901** | | J | **11/28/2006** <br><br> **Purchase Money Security** <br><br> **1997 Ford F150 pickup truck** <br> **VIN# 1FTD1824VKC30616** | | | | | |
| | | | Value $       **6,950.00** | | | | **10,093.00** | **3,143.00** |
| Account No. <br><br> **Representing:** <br> **Citifinancial** | | | **Citifinancial Bankruptcy Dept** <br> **7467 New Ridge Rd** <br> **Hanover, MD 21076** | | | | | |
| | | | Value $ | | | | | |
| Account No. **6072584646136366** <br><br> **Citifinancial** <br> **PO Box 6931** <br> **The Lakes, NV 88901** | | J | **11/25/2006** <br><br> **Purchase Money Security** <br><br> **1981 Chevrolet Custom 1 ton truck** <br> **VIN# 1GCHK34W8BB117927** | | | | | |
| | | | Value $       **1,200.00** | | | | **7,833.00** | **6,633.00** |
| Account No. **4059** <br><br> **DS FINANCE** <br> **510 NORTH BELT HWY** <br> **SAINT JOSEPH, MO 64506** | | J | **Opened 12/01/06** <br><br> **Purchase Money Security** <br><br> **1998 Ford Expedition** <br> **VIN# 1FMRU18WXWLA51907** | | | | | |
| | | | Value $       **8,500.00** | | | | **12,543.00** | **4,043.00** |
|    **1**   continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **30,469.00** | **13,819.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6D (10/06) - Cont.

In re **Bradley Aaron Lundy,**
 **Shiloh Marie Lundy**

Case No. _____

_____ ,
Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5890010386712** | | | **2/28/2005** | | | | | |
| **EMC Mortgage Corp**<br>**PO Box 660530**<br>**Dallas, TX 75266** | | J | **First Mortgage**<br><br>**Residence: 724 Harmon, Saint Jospeh MO 64504** | | | | | |
| | | | Value $ **69,000.00** | | | | **49,190.00** | **0.00** |
| Account No. | | | **EMC Mortgage Corp**<br>**909 Hidden Ridge Dr #200**<br>**ATTN Loss Mitigation**<br>**Irving, TX 75038** | | | | | |
| **Representing:**<br>**EMC Mortgage Corp** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. **4458370396244416** | | | **3/03/2005** | | | | | |
| **FIRST TENN BANK MEMPHIS**<br>**PO BOX 132**<br>**MEMPHIS, TN 38101** | | W | **HomeEquityLineOfCredit**<br><br>**Residence: 724 Harmon, Saint Jospeh MO 64504** | | | | | |
| | | | Value $ **69,000.00** | | | | **13,125.00** | **0.00** |
| Account No. **176641100376820** | | | **3/14/2005** | | | | | |
| **HSBC/Yamaha**<br>**90 Christina Rd**<br>**New Castle, DE 19720** | | W | **Purchase Money Security**<br><br>**2005 Yamaha Bruin 4Wheeler** | | | | | |
| | | | Value $ **4,000.00** | | | | **4,389.00** | **389.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **66,704.00** | **389.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **97,173.00** | **14,208.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6E (4/07)

In re  **Bradley Aaron Lundy,**                                      Case No. _____
        **Shiloh Marie Lundy**
_____,
                        Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    **2**____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re   **Bradley Aaron Lundy,**
      **Shiloh Marie Lundy**                               Case No. _____

                                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | 11/2004 | | | | | | |
| Katherine McDowell MO Family Support Payment Center PO Box 109002 Jefferson City, MO 65110-9002 | | H | | Child Support- Arrearage $0.00 | | | | | | 0.00 |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Sheet __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal (Total of this page) | | | | 0.00 | 0.00 | 0.00 |

Official Form 6E (4/07) - Cont.

In re   **Bradley Aaron Lundy,**
**Shiloh Marie Lundy**                                                      Case No. _____

                                                          Debtors                                    ,

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Buchanan County Collector**<br>**411 Jules St, Suite 123**<br>**Saint Joseph, MO 64501-1788** | | J | **2006**<br><br>**Real Estate Taxes** | | | | **600.00** | **0.00** | **600.00** |
| Account No.<br><br>**Buchanan County Collector**<br>**411 Jules St, Suite 123**<br>**Saint Joseph, MO 64501-1788** | | J | **2006**<br><br>**Personal Property Tax** | | | | **550.00** | **0.00** | **550.00** |
| Account No.<br><br>**MO Dept of Revenue**<br>**PO Box 475**<br>**Jefferson City, MO 65105-0475** | | J | **2007**<br><br>**Sales Tax on Expedition** | | | | **1,300.00** | **0.00** | **1,300.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal<br>(Total of this page) | | | | **2,450.00** | **0.00** | **2,450.00** |
| | | | Total<br>(Report on Summary of Schedules) | | | | **2,450.00** | **0.00** | **2,450.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06)

In re    **Bradley Aaron Lundy,**                              Case No. _____

       **Shiloh Marie Lundy**

                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **5291-1524-2056-5406**<br><br>**Capital One Bank**<br>**PO Box 26074**<br>**Richmond, VA 23260** | | W | | | **7/21/2001**<br>**Civil Suit 07BU-CV00462**<br>**Credit Card** | | | | **7,713.00** |
| Account No.<br><br>**Representing:**<br>**Capital One Bank** | | | | | **Irwin J Frankel**<br>**Kramer & Frank PC**<br>**9300 Dielman Ind Dr, Ste 100**<br>**Saint Louis, MO 63132-2205** | | | | |
| Account No.<br><br>**Caroline A Stewart**<br>**PO Box 503**<br>**Elwood, KS 66024** | | H | | | **12/02/2004**<br>**Ex-spouse** | | | | **0.00** |
| Account No. **4266-8410-1313-2301**<br><br>**Chase Bank One**<br>**PO Box 94014**<br>**Palatine, IL 60094** | | W | | | **6/22/2004**<br>**Credit Card** | | | | **4,492.00** |

   __30__   continuation sheets attached                                          Subtotal         **12,205.00**
                                                                     (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:29295-070502    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Bradley Aaron Lundy,**
     **Shiloh Marie Lundy**

Case No. _____

Debtors                                              ,

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Chase Bank One** | | | **Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | | | |
| Account No.<br><br>**Representing:**<br>**Chase Bank One** | | | **Creditors Interchange**<br>**80 Holtz Dr**<br>**Buffalo, NY 14225** | | | | |
| Account No. **155246523**<br><br>**Childrens Mercy Hospital**<br>**PO Box 804435**<br>**Kansas City, MO 64180** | | H | **xx/xxxx**<br>**Medical bills** | | | | 7,013.00 |
| Account No. **154801252**<br><br>**Childrens Mercy Hospital**<br>**PO Box 804435**<br>**Kansas City, MO 64180** | | H | **xx/xxxx**<br>**Medical bills** | | | | 35.00 |
| Account No. **6072584646136531**<br><br>**CITIFINANCIAL**<br>**PO BOX 499**<br>**HANOVER, MD 21076** | | J | **Opened 11/28/06  Last Active  2/28/07**<br>**Unsecured** | | | | 10,093.00 |

Sheet no. __**1**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,141.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Bradley Aaron Lundy,**
　　　**Shiloh Marie Lundy**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6072584646136366** <br><br> **CITIFINANCIAL** <br> **PO BOX 499** <br> **HANOVER, MD 21076** | | J | | **Opened 11/25/06 Last Active 2/28/07** <br> **Unsecured** | | | | **7,833.00** |
| Account No. <br><br> **Comprehensive Family Care Center** <br> **5325 Faraon** <br> **Saint Joseph, MO 64506** | | H | | **xx/xxxx** <br> **Medical bills** | | | | **64.00** |
| Account No. <br><br> **Representing:** <br> **Comprehensive Family Care Center** | | | | **David R Schimtt** <br> **106 S 7th Street Ste 500** <br> **Saint Joseph, MO 64501** | | | | |
| Account No. <br><br> **Representing:** <br> **Comprehensive Family Care Center** | | | | **Northwest Financial Services** <br> **PO Box 285** <br> **Saint Joseph, MO 64502** | | | | |
| Account No. **7010360000790350** <br><br> **CREDIT WORLD** <br> **6000 MARTWAY** <br> **MISSION, KS 66202** | | H | | **Opened 11/01/03 Last Active 5/01/05** <br> **Collections TRUMAN MED CTR LAKEWOOD** | | | | **264.00** |

Sheet no. __**2**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,161.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**
       **Shiloh Marie Lundy**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**CREDIT WORLD** | | | | | **Truman Medical Center**<br>**7900 Lees Summit Rd**<br>**Lees Summit, MO 64139** | | | | |
| Account No. **2250460000864758**<br><br>**CREDIT WORLD**<br>**6000 MARTWAY**<br>**MISSION, KS 66202** | | H | | | Opened  6/01/04  Last Active  5/01/05<br>Collections UNITED IMAGING OMC | | | | 129.00 |
| Account No.<br><br>**Representing:**<br>**CREDIT WORLD** | | | | | **United Imaging Consultants LLC**<br>**5800 Foxridge Dr #240**<br>**Mission, KS 66202** | | | | |
| Account No. **1646310**<br><br>**FIDELITY PROPERTIES IN**<br>**220 E MAIN ST**<br>**ALLIANCE, OH 44601** | | H | | | Opened  3/31/06  Last Active 12/01/06<br>Medical Collection UNION HOSPITAL # | | | | 433.00 |
| Account No.<br><br>**Representing:**<br>**FIDELITY PROPERTIES IN** | | | | | **Union Hospital**<br>**address**<br>**city ST zip** | | | | |

Sheet no. __**3**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**562.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**
       **Shiloh Marie Lundy**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 7709104<br><br>**FIRSTCREDIT**<br>**3250 W MARKET SUITE 304**<br>**AKRON, OH 44333** | | H | | | Opened 7/01/03 Last Active 2/01/06<br>Medical Collection UNION HOSPITAL | | | | 433.00 |
| Account No.<br><br>Representing:<br>**FIRSTCREDIT** | | | | | Union Hospital<br>address<br>city ST zip | | | | |
| Account No. 546680112062<br><br>**GEMB/JC PENNEY DC**<br>**PO BOX 981400**<br>**EL PASO, TX 79998** | | | W | | Opened 1/24/05<br>CreditCard | | | | 0.00 |
| Account No. 603525300758<br><br>**GRDN/CBSD**<br>**PO BOX 6003**<br>**HAGERSTOWN, MD 21747** | | | W | | Opened 11/01/97 Last Active 8/01/00<br>CombinedCreditPlan | | | | 0.00 |
| Account No. **Multi Accts**<br><br>**Heartland Health**<br>**5325 Faraon St**<br>**Saint Joseph, MO 64506** | | | J | | xx/xxxx<br>Medical bills<br>Acct# 6800725, 68597319, 68600733 | | | | 185.00 |

| Sheet no. __4___ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 618.00 |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Bradley Aaron Lundy,**
  **Shiloh Marie Lundy**
                                                    Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Multi Accts** <br><br> **Heartland Regional Medical Center** <br> **137 N Belt Hwy** <br> **Saint Joseph, MO 64506** | | J | xx/xxxx <br> **Medical bills** <br> **Acct# 71375489, 68377480, 68377506,** <br> **68393164, 68620699** | | | | **3,865.00** |
| Account No. <br><br> **Representing:** <br> **Heartland Regional Medical Center** | | | **David R Schimtt** <br> **106 S 7th Street Ste 500** <br> **Saint Joseph, MO 64501** | | | | |
| Account No. <br><br> **Representing:** <br> **Heartland Regional Medical Center** | | | **Northwest Financial Services** <br> **PO Box 285** <br> **Saint Joseph, MO 64502** | | | | |
| Account No. **xxxxxxxx** <br><br> **Heartland Urgent Care** <br> **1301 S Belt Hwy** <br> **Saint Joseph, MO 64507** | | W | xx/xxxx <br> **Medical bills** | | | | **13.00** |
| Account No. <br><br> **Representing:** <br> **Heartland Urgent Care** | | | **David R Schimtt** <br> **106 S 7th Street Ste 500** <br> **Saint Joseph, MO 64501** | | | | |

Sheet no. __**5**___ of __**30**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,878.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Bradley Aaron Lundy,**
     **Shiloh Marie Lundy**

Case No. _____

_____,
                           Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Representing:** <br>**Heartland Urgent Care** | | | | | **Northwest Financial Services** <br>**PO Box 285** <br>**Saint Joseph, MO 64502** | | | | |
| Account No. 1373133638450 <br><br>**KANSAS COUNSELORS** <br>**PO BOX 14765** <br>**SHAWNEE MISSION, KS 66285** | | H | | | **Opened 6/18/04 Last Active 2/01/07** <br>**Medical Collection SHAWNEE MSN MEDICAL CTR** | | | | **12,597.00** |
| Account No. <br><br>**Representing:** <br>**KANSAS COUNSELORS** | | | | | **Shawnee Mission Medical Ctr** <br>**9100 West 74th St** <br>**Shawnee Mission, KS 66204** | | | | |
| Account No. 1373133638444 <br><br>**KANSAS COUNSELORS** <br>**PO BOX 14765** <br>**SHAWNEE MISSION, KS 66285** | | H | | | **Opened 6/18/04 Last Active 2/01/07** <br>**Medical Collection SHAWNEE MSN MEDICAL CTR** | | | | **1,381.00** |
| Account No. <br><br>**Representing:** <br>**KANSAS COUNSELORS** | | | | | **Shawnee Mission Medical Ctr** <br>**9100 West 74th St** <br>**Shawnee Mission, KS 66204** | | | | |

Sheet no. __**6**___ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,978.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Bradley Aaron Lundy,**
**Shiloh Marie Lundy**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1373133548075<br><br>**KANSAS COUNSELORS**<br>**PO BOX 14765**<br>**SHAWNEE MISSION, KS 66285** | | H | Opened 1/16/04 Last Active 2/01/07<br>**Medical Collection SHAWNEE MSN MEDICAL CTR** | | | | 1,372.00 |
| Account No.<br><br>**Representing:**<br>**KANSAS COUNSELORS** | | | **Shawnee Mission Medical Ctr**<br>**9100 West 74th St**<br>**Shawnee Mission, KS 66204** | | | | |
| Account No. 1373133638447<br><br>**KANSAS COUNSELORS**<br>**PO BOX 14765**<br>**SHAWNEE MISSION, KS 66285** | | H | Opened 6/18/04 Last Active 2/01/07<br>**Medical Collection SHAWNEE MSN MEDICAL CTR** | | | | 978.00 |
| Account No.<br><br>**Representing:**<br>**KANSAS COUNSELORS** | | | **Shawnee Mission Medical Ctr**<br>**9100 West 74th St**<br>**Shawnee Mission, KS 66204** | | | | |
| Account No. 1373133676526<br><br>**KANSAS COUNSELORS**<br>**PO BOX 14765**<br>**SHAWNEE MISSION, KS 66285** | | H | Opened 8/02/04 Last Active 2/01/07<br>**Medical Collection MIDWEST ORTHOPEDICS PA** | | | | 749.00 |

Sheet no. __7___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,099.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Bradley Aaron Lundy,**
      **Shiloh Marie Lundy**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: KANSAS COUNSELORS** | | | **Midwest Orthopedics PA** **address** **city ST zip** | | | | |
| Account No. **1373133638448** **KANSAS COUNSELORS** **PO BOX 14765** **SHAWNEE MISSION, KS 66285** | | H | **Opened  6/18/04  Last Active  2/01/07** **Medical Collection SHAWNEE MSN MEDICAL CTR** | | | | 354.00 |
| Account No. **Representing: KANSAS COUNSELORS** | | | **Shawnee Mission Medical Ctr** **9100 West 74th St** **Shawnee Mission, KS 66204** | | | | |
| Account No. **1373133652304** **KANSAS COUNSELORS** **PO BOX 14765** **SHAWNEE MISSION, KS 66285** | | H | **Opened  7/14/04  Last Active  2/01/07** **Medical Collection SMMC EMERGENCY PHYSICIANS** | | | | 169.00 |
| Account No. **Representing: KANSAS COUNSELORS** | | | **Shawnee Mission Emergency Physician** **PO Box 931376** **Kansas City, MO 64193-1376** | | | | |

Sheet no. __8__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**523.00**

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**
　　　**Shiloh Marie Lundy**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 1373133652742  **KANSAS COUNSELORS PO BOX 14765 SHAWNEE MISSION, KS 66285** | | H | | | Opened 7/14/04 Last Active 2/01/07 **Medical Collection SMMC EMERGENCY PHYSICIANS** | | | | 169.00 |
| Account No.  Representing: **KANSAS COUNSELORS** | | | | | **Shawnee Mission Emergency Physician PO Box 931376 Kansas City, MO 64193-1376** | | | | |
| Account No. 1373133838501  **KANSAS COUNSELORS PO BOX 14765 SHAWNEE MISSION, KS 66285** | | H | | | Opened 4/14/05 Last Active 2/01/07 **Medical Collection SMMC EMERGENCY PHYSICIANS** | | | | 169.00 |
| Account No.  Representing: **KANSAS COUNSELORS** | | | | | **Shawnee Mission Emergency Physician PO Box 931376 Kansas City, MO 64193-1376** | | | | |
| Account No. 1373133600313  **KANSAS COUNSELORS PO BOX 14765 SHAWNEE MISSION, KS 66285** | | H | | | Opened 4/08/04 Last Active 2/01/07 **Medical Collection SMMC EMERGENCY PHYSICIANS** | | | | 169.00 |

Sheet no. __**9**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**507.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**
       **Shiloh Marie Lundy**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.  **Representing:** **KANSAS COUNSELORS** | | | | | Shawnee Mission Emergency Physician PO Box 931376 Kansas City, MO 64193-1376 | | | | |
| Account No. **3033955822**  **KAY JEWELERS** **375 GHENT RD** **AKRON, OH 44333** | | W | | | Opened 11/20/99 Last Active 2/08/07 ChargeAccount | | | | 94.00 |
| Account No. **Multi Accts**  **Lakeside Pediatrics** **902 N Riverside Rd** **Saint Joseph, MO 64507** | | J | | | xx/xxxx Medical bills Acct# 22531388, 22701999, 10666220 | | | | 399.00 |
| Account No.  **Representing:** **Lakeside Pediatrics** | | | | | David R Schimtt 106 S 7th Street Ste 500 Saint Joseph, MO 64501 | | | | |
| Account No.  **Representing:** **Lakeside Pediatrics** | | | | | Northwest Financial Services PO Box 285 Saint Joseph, MO 64502 | | | | |

Sheet no. __**10**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**493.00**

Official Form 6F (10/06) - Cont.

In re   **Bradley Aaron Lundy,**          Case No. _____
        **Shiloh Marie Lundy**

_____,
                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **501003538** <br><br> **LDC COLLECT** <br> **POB 104600** <br> **JEFFERSON CITY, MO 65110** | | H | **Opened 8/01/01 Last Active 1/01/07** <br> **Collections CIRCUIT COURT OF BUCHANAN COUNTY** | | | | 343.00 |
| Account No. <br><br> Representing: <br> **LDC COLLECT** | | | **Buchanan County District Clerk** <br> **411 Jules St, Suite 100** <br> **Saint Joseph, MO 64501-1788** | | | | |
| Account No. **Multi Accts** <br><br> **Medical Group** <br> **5325 Faron** <br> **Saint Joseph, MO 64506** | | H | **xx/xxxx** <br> **Medical bills** <br> **Acct# 22832604, 10666220, 22531388, 22701999** | | | | 476.00 |
| Account No. <br><br> Representing: <br> **Medical Group** | | | **David R Schimtt** <br> **106 S 7th Street Ste 500** <br> **Saint Joseph, MO 64501** | | | | |
| Account No. <br><br> Representing: <br> **Medical Group** | | | **Northwest Financial Services** <br> **PO Box 285** <br> **Saint Joseph, MO 64502** | | | | |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               819.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Bradley Aaron Lundy,**
    **Shiloh Marie Lundy**
                                    ,
                        Debtors

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **43315** | | | | | 2/20/2007 | | | | |
| **Midwestern Health Management Inc dba Northwest Financial Services PO Box 285 Saint Joseph, MO 64502** | | | J | | Civil Suit 07BU-CV00649 Medical bills | | | | 2,622.00 |
| Account No. | | | | | **Comprehensive Family Care Center 5325 Faraon Saint Joseph, MO 64506** | | | | |
| Representing: **Midwestern Health Management Inc** | | | | | | | | | |
| Account No. | | | | | **David R Schimtt 106 S 7th Street Ste 500 Saint Joseph, MO 64501** | | | | |
| Representing: **Midwestern Health Management Inc** | | | | | | | | | |
| Account No. | | | | | **Heartland Regional Medical Center 5325 Faraon Saint Joseph, MO 64506** | | | | |
| Representing: **Midwestern Health Management Inc** | | | | | | | | | |
| Account No. | | | | | **Heartland Urgent Care 1301 S Belt Hwy Saint Joseph, MO 64507** | | | | |
| Representing: **Midwestern Health Management Inc** | | | | | | | | | |

Sheet no. __12__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,622.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**
       **Shiloh Marie Lundy**                                            Case No. _____

_____,
                                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Representing: <br> **Midwestern Health Management Inc** | | | **Lakeside Pediatrics** <br> **902 N Riverside Rd** <br> **Saint Joseph, MO 64507** | | | | |
| Account No. <br><br> Representing: <br> **Midwestern Health Management Inc** | | | **Northwest Health Services** <br> **3110 Kaenes Rd** <br> **Saint Joseph, MO 64506** | | | | |
| Account No.  **xxBU-CVx0567** <br><br> **Midwestern Health Management Inc** <br> **dba Northwest Financial Services** <br> **PO Box 285** <br> **Saint Joseph, MO 64502** | X | H | **2/13/2007** <br> **Civil Suit 07BU-CV00567** <br> **Medical bills** | | | | **4,969.00** |
| Account No. <br><br> Representing: <br> **Midwestern Health Management Inc** | | | **David R Schmitt** <br> **106 South 7th St, Suite 500** <br> **Saint Joseph, MO 64501** | | | | |
| Account No.  **667281396** <br><br> **NCO FINANCIAL SVCS** <br> **PO BOX 41466** <br> **PHILADELPHIA, PA 19101** | | W | **Opened  4/09/06** <br> **Collection PROGRESSIVE INS CO** | | | | **148.00** |

Sheet no. __13__ of __30__ sheets attached to Schedule of            Subtotal            | **5,117.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**
       **Shiloh Marie Lundy**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.  **Representing:** **NCO FINANCIAL SVCS** | | | | | Progressive Insurance Bankrupcy Dept 6300 Wilson Mills Road Mayfield Village, OH 44143 | | | | |
| Account No. **43315** **Northwest Financial Services** **PO Box 285** **Saint Joseph, MO 64502** | | J | | | xx/xxxx Medical Collections | | | | 306.00 |
| Account No. **734420711** **Northwest Financial Services** **PO Box 285** **Saint Joseph, MO 64502** | | W | | | xx/xxxx Medical Collections | | | | 257.00 |
| Account No. **xxxxxxxx** **Northwest Health Services** **2303 Village Dr** **Saint Joseph, MO 64506** | | J | | | xx/xxxx Medical bills | | | | 470.00 |
| Account No.  **Representing:** **Northwest Health Services** | | | | | David R Schimtt 106 S 7th Street Ste 500 Saint Joseph, MO 64501 | | | | |

Sheet no. __**14**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,033.00**

Official Form 6F (10/06) - Cont.

In re   **Bradley Aaron Lundy,**                            Case No. _____
        **Shiloh Marie Lundy**

_____,
                                Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**Northwest Health Services** | | | **Northwest Financial Services** <br>**PO Box 285** <br>**Saint Joseph, MO 64502** | | | | |
| Account No. **877548** <br><br>**NW FINANCIAL** <br>**5514 CORPORATE DRI SUITE 140** <br>**SAINT JOSEPH, MO 64507** | | J | **Opened  2/01/05  Last Active 10/01/06** <br>**Medical Collection HEARTLAND HEALTH** | | | | 1,370.00 |
| Account No. <br><br>**Representing:** <br>**NW FINANCIAL** | | | **Heartland Health** <br>**5325 Faraon St** <br>**Saint Joseph, MO 64506** | | | | |
| Account No. **858699** <br><br>**NW FINANCIAL** <br>**5514 CORPORATE DRI SUITE 140** <br>**SAINT JOSEPH, MO 64507** | | J | **Opened 12/01/04  Last Active 10/01/06** <br>**Medical Collection HEARTLAND HEALTH** | | | | 762.00 |
| Account No. <br><br>**Representing:** <br>**NW FINANCIAL** | | | **Heartland Health** <br>**5325 Faraon St** <br>**Saint Joseph, MO 64506** | | | | |

Sheet no. __**15**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal            | **2,132.00**
                                      (Total of this page)

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**
     **Shiloh Marie Lundy**
                                                       Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1007001** <br><br> **NW FINANCIAL** <br> **5514 CORPORATE DRI SUITE 140** <br> **SAINT JOSEPH, MO 64507** | | J | | **Opened 4/01/06 Last Active 10/01/06** <br> **Medical Collection HEARTLAND HEALTH** | | | | 648.00 |
| Account No. <br><br> Representing: <br> **NW FINANCIAL** | | | | **Heartland Health** <br> **5325 Faraon St** <br> **Saint Joseph, MO 64506** | | | | |
| Account No. **1007353** <br><br> **NW FINANCIAL** <br> **5514 CORPORATE DRI SUITE 140** <br> **SAINT JOSEPH, MO 64507** | | J | | **Opened 4/01/06 Last Active 10/01/06** <br> **Medical Collection HEARTLAND HEALTH** | | | | 646.00 |
| Account No. <br><br> Representing: <br> **NW FINANCIAL** | | | | **Heartland Health** <br> **5325 Faraon St** <br> **Saint Joseph, MO 64506** | | | | |
| Account No. **749099** <br><br> **NW FINANCIAL** <br> **5514 CORPORATE DRI SUITE 140** <br> **SAINT JOSEPH, MO 64507** | | J | | **Opened 1/01/04 Last Active 10/01/06** <br> **Medical Collection HEARTLAND HEALTH** | | | | 645.00 |

Sheet no. **16** of **30** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,939.00**

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**
    **Shiloh Marie Lundy**
                                                   ,
                                     Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**NW FINANCIAL** | | | | | **Heartland Health**<br>**5325 Faraon St**<br>**Saint Joseph, MO 64506** | | | | |
| Account No. **756235**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | | | J | | **Opened 2/01/04 Last Active 10/01/06**<br>**Medical Collection HEARTLAND HEALTH** | | | | **634.00** |
| Account No.<br><br>**Representing:**<br>**NW FINANCIAL** | | | | | **Heartland Health**<br>**5325 Faraon St**<br>**Saint Joseph, MO 64506** | | | | |
| Account No. **974498**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | | | J | | **Opened 1/01/06 Last Active 3/01/07**<br>**Medical Collection HEARTLAND HEALTH** | | | | **511.00** |
| Account No.<br><br>**Representing:**<br>**NW FINANCIAL** | | | | | **Heartland Health**<br>**5325 Faraon St**<br>**Saint Joseph, MO 64506** | | | | |

Sheet no. __**17**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **1,145.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Bradley Aaron Lundy,**                                                    Case No. _____
         **Shiloh Marie Lundy**

_____,
                                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1037925** <br><br> **NW FINANCIAL** <br> **5514 CORPORATE DRI SUITE 140** <br> **SAINT JOSEPH, MO 64507** | | W | **Opened 7/01/06 Last Active 11/01/06** <br> **Medical Collection NORTHWEST HEALTH SERVICE** | | | | 479.00 |
| Account No. <br><br> Representing: <br> **NW FINANCIAL** | | | **Northwest Health Services Inc** <br> **PO Box 8612** <br> **Saint Joseph, MO 64508-8612** | | | | |
| Account No. **1019062** <br><br> **NW FINANCIAL** <br> **5514 CORPORATE DRI SUITE 140** <br> **SAINT JOSEPH, MO 64507** | | J | **Opened 5/01/06 Last Active 3/01/07** <br> **Medical Collection HEARTLAND WOMENS HEALTH** | | | | 468.00 |
| Account No. <br><br> Representing: <br> **NW FINANCIAL** | | | **Heartland Womens Health** <br> **2790 Clay Edwards Dr, Ste 530** <br> **North Kansas City, MO 64116-3266** | | | | |
| Account No. **419718** <br><br> **NW FINANCIAL** <br> **5514 CORPORATE DRI SUITE 140** <br> **SAINT JOSEPH, MO 64507** | | J | **Opened 10/01/00 Last Active 7/01/06** <br> **Medical Collection HEARTLAND HEALTH** | | | | 465.00 |

| | | | |
|---|---|---|---|
| Sheet no. __18__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | | 1,412.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Bradley Aaron Lundy,**
**Shiloh Marie Lundy**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Representing:** **NW FINANCIAL** | | | | | Heartland Health 5325 Faraon St Saint Joseph, MO 64506 | | | | |
| Account No. **479535** **NW FINANCIAL** **5514 CORPORATE DRI SUITE 140** **SAINT JOSEPH, MO 64507** | | J | | | Opened 4/01/01 Last Active 7/01/06 Medical Collection HEARTLAND HEALTH | | | | 430.00 |
| Account No. **Representing:** **NW FINANCIAL** | | | | | Heartland Health 5325 Faraon St Saint Joseph, MO 64506 | | | | |
| Account No. **688494** **NW FINANCIAL** **5514 CORPORATE DRI SUITE 140** **SAINT JOSEPH, MO 64507** | | J | | | Opened 5/01/03 Last Active 10/01/06 Medical Collection HEARTLAND HEALTH | | | | 397.00 |
| Account No. **Representing:** **NW FINANCIAL** | | | | | Heartland Health 5325 Faraon St Saint Joseph, MO 64506 | | | | |

Sheet no. **19** of **30** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

827.00

Official Form 6F (10/06) - Cont.

In re    **Bradley Aaron Lundy,**
     **Shiloh Marie Lundy**                                           Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1018065**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | | J | | **Opened 5/01/06 Last Active 10/01/06**<br>**Medical Collection LAKESIDE PEDIATRICS** | | | | **367.00** |
| Account No.<br><br>Representing:<br>**NW FINANCIAL** | | | | **Lakeside Pediatrics**<br>**902 N Riverside Rd**<br>**Saint Joseph, MO 64507** | | | | |
| Account No. **1086271**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | | J | | **Opened 12/01/06 Last Active 3/01/07**<br>**Medical Collection HEARTLAND HEALTH** | | | | **339.00** |
| Account No.<br><br>Representing:<br>**NW FINANCIAL** | | | | **Heartland Health**<br>**5325 Faraon St**<br>**Saint Joseph, MO 64506** | | | | |
| Account No. **729729**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | | J | | **Opened 11/01/03 Last Active 10/01/06**<br>**Medical Collection NORTHWEST MO EMERGENCY PHYS** | | | | **323.00** |

| | | |
|---|---|---|
| Sheet no. **20** of **30** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **1,029.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Bradley Aaron Lundy,**
    **Shiloh Marie Lundy**                                    Case No. _____

_____,
                             Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:**<br>**NW FINANCIAL** | | | **Northwest MO Emergency Physicians**<br>**PO Box 667**<br>**Saint Joseph, MO 64502** | | | | |
| Account No. **830182**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | | J | **Opened 9/01/04 Last Active 10/01/06**<br>**Medical Collection HEARTLAND HEALTH** | | | | 291.00 |
| Account No. <br><br>**Representing:**<br>**NW FINANCIAL** | | | **Heartland Health**<br>**5325 Faraon St**<br>**Saint Joseph, MO 64506** | | | | |
| Account No. **497226**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | | J | **Opened 7/01/01 Last Active 7/01/05**<br>**Medical Collection NORTHWEST HEALTH SERVICE** | | | | 281.00 |
| Account No. <br><br>**Representing:**<br>**NW FINANCIAL** | | | **Northwest Health Services Inc**<br>**PO Box 8612**<br>**Saint Joseph, MO 64508-8612** | | | | |

Sheet no. __**21**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal<br>(Total of this page)  **572.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Bradley Aaron Lundy,**       Case No. _____
     **Shiloh Marie Lundy**

_____,
                                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **417367**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | | | J | | **Opened  9/01/00  Last Active  7/01/05**<br>**Medical Collection NORTHWEST MO**<br>**EMERGENCY PHYS** | | | | 249.00 |
| Account No.<br><br>**Representing:**<br>**NW FINANCIAL** | | | | | **Northwest MO Emergency Physicians**<br>**PO Box 667**<br>**Saint Joseph, MO 64502** | | | | |
| Account No. **464950**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | | | J | | **Opened  2/01/01  Last Active  7/01/05**<br>**Medical Collection NORTHWEST MO**<br>**EMERGENCY PHYS** | | | | 243.00 |
| Account No.<br><br>**Representing:**<br>**NW FINANCIAL** | | | | | **Northwest MO Emergency Physicians**<br>**PO Box 667**<br>**Saint Joseph, MO 64502** | | | | |
| Account No. **675907**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | | | J | | **Opened  4/01/03  Last Active 10/01/06**<br>**Medical Collections NORTHWEST MO**<br>**EMERGENCY PHYS** | | | | 230.00 |

| Sheet no. __**22**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 722.00 |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**
    **Shiloh Marie Lundy**

Case No. _____

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Representing: <br> **NW FINANCIAL** | | | **Northwest MO Emergency Physicians** <br> **PO Box 667** <br> **Saint Joseph, MO 64502** | | | | |
| Account No. **817841** <br><br> **NW FINANCIAL** <br> **5514 CORPORATE DRI SUITE 140** <br> **SAINT JOSEPH, MO 64507** | | J | **Opened 8/01/04 Last Active 10/01/06** <br> **Medical Collection NORTHWEST MO** <br> **EMERGENCY PHYS** | | | | **209.00** |
| Account No. <br><br> Representing: <br> **NW FINANCIAL** | | | **Northwest MO Emergency Physicians** <br> **PO Box 667** <br> **Saint Joseph, MO 64502** | | | | |
| Account No. **844238** <br><br> **NW FINANCIAL** <br> **5514 CORPORATE DRI SUITE 140** <br> **SAINT JOSEPH, MO 64507** | | J | **Opened 11/01/04 Last Active 10/01/06** <br> **Medical Collection NORTHWEST MO** <br> **EMERGENCY PHYS** | | | | **205.00** |
| Account No. <br><br> Representing: <br> **NW FINANCIAL** | | | **Northwest MO Emergency Physicians** <br> **PO Box 667** <br> **Saint Joseph, MO 64502** | | | | |

Sheet no. __**23**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**414.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**
       **Shiloh Marie Lundy**

Case No. _____

_____,
                                                   Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **855790**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | J | | | | Opened 12/01/04  Last Active 10/01/06<br>**Medical Collection RADIOLOGY SPECIALISTS OF ST** | | | | 125.00 |
| Account No.<br><br>**Representing:**<br>**NW FINANCIAL** | | | | | Radiology Specialists of St Joseph<br>PO Box 6456<br>Saint Joseph, MO 64506 | | | | |
| Account No. **1007002**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | J | | | | Opened  4/01/06  Last Active 10/01/06<br>**Medical Collection HEARTLAND HEALTH** | | | | 111.00 |
| Account No.<br><br>**Representing:**<br>**NW FINANCIAL** | | | | | Heartland Health<br>5325 Faraon St<br>Saint Joseph, MO 64506 | | | | |
| Account No. **1013724**<br><br>**NW FINANCIAL**<br>**5514 CORPORATE DRI SUITE 140**<br>**SAINT JOSEPH, MO 64507** | J | | | | Opened  4/01/06  Last Active 10/01/06<br>**Medical Collection HEARTLAND ANESTHESIA** | | | | 72.00 |

Sheet no. __24__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

308.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**
　　　**Shiloh Marie Lundy**                                                      Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **Representing: NW FINANCIAL** | | | | | **Heartland Anesthesia 5325 Faraon St Saint Joseph, MO 64506** | | | | |
| Account No. **1084798** **NW FINANCIAL 5514 CORPORATE DRI SUITE 140 SAINT JOSEPH, MO 64507** | | | | J | **Opened 12/01/06  Last Active  3/01/07 Medical Collection RADIOLOGY SPECIALISTS OF ST** | | | | 62.00 |
| Account No. **Representing: NW FINANCIAL** | | | | | **Radiology Specialists of St Joseph PO Box 6456 Saint Joseph, MO 64506** | | | | |
| Account No. **1050727** **NW FINANCIAL 5514 CORPORATE DRI SUITE 140 SAINT JOSEPH, MO 64507** | | H | | | **Opened  9/01/06  Last Active 12/01/06 Medical Collection RADIOLOGY SPECIALISTS OF ST** | | | | 52.00 |
| Account No. **Representing: NW FINANCIAL** | | | | | **Radiology Specialists of St Joseph PO Box 6456 Saint Joseph, MO 64506** | | | | |

Sheet no. __**25**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**114.00**

Official Form 6F (10/06) - Cont.

In re   **Bradley Aaron Lundy,**
　　　　**Shiloh Marie Lundy**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **135551**<br><br>**OPTIMA RECOVERY SERVIC**<br>**6215 KINGSTON PK STE A**<br>**KNOXVILLE, TN 37919** | | H | **Opened 12/09/03**<br>**Medical Collection ALLIANCE RADIOLOGY -**<br>**SHAWNEE M** | | | | 34.00 |
| Account No.<br><br>Representing:<br>**OPTIMA RECOVERY SERVIC** | | | **Alliance Radiology PC**<br>**PO Box 804451**<br>**Kansas City, MO 64180** | | | | |
| Account No. **3092492**<br><br>**OSI COLLECT**<br>**1375 E WOODFIELD #110**<br>**SCHAUMBURG, IL 60173** | | H | **Opened 9/01/02 Last Active 3/01/05**<br>**Medical Collection ST FRANCIS HOSP** | | | | 748.00 |
| Account No.<br><br>Representing:<br>**OSI COLLECT** | | | **St Francis Hospital**<br>**2016 S Main**<br>**Maryville, MO 64468** | | | | |
| Account No. **959808782410002**<br><br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | W | **Opened 2/20/02**<br>**Student Loan** | | | | 2,623.00 |

| | | |
|---|---|---|
| Sheet no. __26__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 3,405.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Bradley Aaron Lundy,**
       **Shiloh Marie Lundy**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Representing: Sallie Mae** | | | | **Dept of Education Office Post Sec Ed Reg IX 50 United Nations Plaza RM 242 San Francisco, CA 94102-4987** | | | | |
| Account No. **Representing: Sallie Mae** | | | | **Dept of Education ACS Direct Student Loans 501 Bleecker St East Utica, NY 13501** | | | | |
| Account No. **Representing: Sallie Mae** | | | | **Dept of Education OGC Div of Post Secondary Education 400 Maryland Ave SW RM 6E118 Washington, DC 20202-2110** | | | | |
| Account No. **Representing: Sallie Mae** | | | | **Sallie Mae Attn BR Litigation Unit E3149 PO Box 6180 Indianapolis, IN 46206** | | | | |
| Account No. **Representing: Sallie Mae** | | | | **US Attorney MO Room 5510 US Courthouse 400 East 9th St Kansas City, MO 64106** | | | | |

Sheet no. __27__ of __30__ sheets attached to Schedule of                                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)          **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Bradley Aaron Lundy,**
    **Shiloh Marie Lundy**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Sallie Mae** | | | **USB Trustee for BHEA Inc**<br>**% Sallie Mae Inc**<br>**220 Lasley Ave**<br>**Wilkes Barre, PA 18706** | | | | |
| Account No. **959808782410001**<br><br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | W | **Opened  2/20/02**<br>**Student Loan** | | | | **1,916.00** |
| Account No.<br><br>**Representing:**<br>**Sallie Mae** | | | **Sallie Mae**<br>**Attn BR Litigation Unit E3149**<br>**PO Box 6180**<br>**Indianapolis, IN 46206** | | | | |
| Account No.<br><br>**Representing:**<br>**Sallie Mae** | | | **USB Trustee for BHEA Inc**<br>**% Sallie Mae Inc**<br>**220 Lasley Ave**<br>**Wilkes Barre, PA 18706** | | | | |
| Account No. **959808782410003**<br><br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | W | **Opened  8/12/02**<br>**Student Loan** | | | | **848.00** |

Sheet no. __**28**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 
|---|
| **2,764.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**                                                    Case No. _____
      **Shiloh Marie Lundy**
                                                                        ,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>Representing: <br>**Sallie Mae** | | | | **Sallie Mae** <br>**Attn BR Litigation Unit E3149** <br>**PO Box 6180** <br>**Indianapolis, IN 46206** | | | | |
| Account No. <br><br>Representing: <br>**Sallie Mae** | | | | **USB Trustee for BHEA Inc** <br>**% Sallie Mae Inc** <br>**220 Lasley Ave** <br>**Wilkes Barre, PA 18706** | | | | |
| Account No. **5121071872922673** <br><br>**SEARS/CBSD** <br>**PO BOX 6189** <br>**SIOUX FALLS, SD 57117** | | W | | **Opened 8/01/96 Last Active 2/03/00** <br>**CreditCard** | | | | 0.00 |
| Account No. **11415416** <br><br>**SUPERIOR MGT** <br>**PO BOX 4339** <br>**FORT WALTON BE, FL 32549** | | H | | **Opened 5/01/05 Last Active 6/01/06** <br>**Collection T MOBILE** | | | | 479.00 |
| Account No. <br><br>Representing: <br>**SUPERIOR MGT** | | | | **T Mobile USA Inc** <br>**Bankruptcy Dept** <br>**PO Box 53410** <br>**Bellevue, WA 98015** | | | | |

Sheet no. __**29**__ of __**30**__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)                479.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Bradley Aaron Lundy,**
**Shiloh Marie Lundy**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 704-005-6180072-0001 Toyota Motor Credit Corp PO Box 2730 Mail Stop WF22 Torrance, CA 90509 | J | | | | xx/xxxx Repossession Deficiency | | | | 7,411.00 |
| Account No. 36078007154500001 VERIZON WIRELESS 1515 WOODFIELD RD STE140 SCHAUMBURG, IL 60173 | W | | | | Opened 2/01/05 Last Active 8/07/06 Cell Phone Service | | | | 1,293.00 |
| Account No. 111701514401 World Finance 3009 South Belt Hwy Saint Joseph, MO 64503 | H | | | | 12/15/2006 Unsecured Loan | | | | 1,553.00 |
| Account No. 111701503401 World Finance 3009 South Belt Hwy Saint Joseph, MO 64503 | W | | | | 12/07/2006 Unsecured Loan | | | | 1,440.00 |
| Account No. | | | | | | | | | |

Sheet no. __30__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,697.00**

Total
(Report on Summary of Schedules)    **99,715.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6G
(10/05)

In re **Bradley Aaron Lundy,**           Case No. _____

**Shiloh Marie Lundy**

_____,

Debtors

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Toyota Motor Credit Corp**<br>**PO Box 2730 Mail Stop WF22**<br>**Torrance, CA 90509** | **Vehicle Lease (Reject)** |

**0**  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6H
(10/05)

In re    **Bradley Aaron Lundy,**                                                      Case No. _____
         **Shiloh Marie Lundy**
_____,
                              Debtors

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐　Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Caroline A Stewart**<br>**PO Box 503**<br>**Elwood, KS 66024** | **Midwestern Health Management Inc**<br>**dba Northwest Financial Services**<br>**PO Box 285**<br>**Saint Joseph, MO 64502** |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6I (10/06)

In re **Bradley Aaron Lundy**
**Shiloh Marie Lundy**                                                Case No. _____
_____
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** **Son** **Daughter** | AGE(S): **17 months** **7 months** **7 years** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Laborer** | **Teller** |
| Name of Employer | **Idker Inc** | **North American Savings Bank** |
| How long employed | **since 4/25/2007** | **since 2001** |
| Address of Employer | **St Joseph, MO** | **920 N Belt Hwy** **Saint Joseph, MO 64506** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **2,236.00** | $ | **1,816.60** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **195.32** |
| 3. SUBTOTAL | $ | **2,236.00** | $ | **2,011.92** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **335.40** | $ | **300.18** |
| b. Insurance | $ | **0.00** | $ | **248.42** |
| c. Union dues | $ | **34.67** | $ | **0.00** |
| d. Other (Specify)   **See Detailed Income Attachment** | $ | **117.00** | $ | **73.76** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **487.07** | $ | **622.36** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,748.93** | $ | **1,389.56** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **250.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **250.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,748.93** | $ | **1,639.56** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | **3,388.49** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
      **Debtor1 estimates income, just started 4/25/2007.**

**Official Form 6I (10/06)**

In re  **Bradley Aaron Lundy**
      **Shiloh Marie Lundy**                                    Case No. _____
                        Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| **Child Support** | $ 117.00 | $ 0.00 |
| **AFLAC** | $ 0.00 | $ 49.60 |
| **Term Life Ins** | $ 0.00 | $ 0.98 |
| **Dental Ins** | $ 0.00 | $ 19.54 |
| **Term Life Other** | $ 0.00 | $ 3.64 |
| **Total Other Payroll Deductions** | $ 117.00 | $ 73.76 |

Official Form 6J (10/06)

In re **Bradley Aaron Lundy**
**Shiloh Marie Lundy**                                          Case No. _____
_____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 307.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | | |
| b. Is property insurance included? | Yes ___ | No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | | $ | 120.00 |
| b. Water and sewer | | | $ | 35.00 |
| c. Telephone | | | $ | 50.00 |
| d. Other **See Detailed Expense Attachment** | | | $ | 65.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 150.00 |
| 4. Food | | | $ | 700.00 |
| 5. Clothing | | | $ | 100.00 |
| 6. Laundry and dry cleaning | | | $ | 35.00 |
| 7. Medical and dental expenses | | | $ | 30.00 |
| 8. Transportation (not including car payments) | | | $ | 460.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 100.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 44.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 0.00 |
| d. Auto | | | $ | 188.00 |
| e. Other | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) **See Detailed Expense Attachment** | | | $ | 100.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other **2nd Mortgage** | | | $ | 125.00 |
| c. Other | | | $ | 0.00 |
| d. Other | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other **See Detailed Expense Attachment** | | | $ | 205.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,814.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 3,388.49 |
| b.    Average monthly expenses from Line 18 above | $ | 2,814.00 |
| c.    Monthly net income (a. minus b.) | $ | 574.49 |

**Official Form 6J (10/06)**

In re  **Bradley Aaron Lundy**
    **Shiloh Marie Lundy**                                    Case No. _____
                               Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cable TV** | $ | **50.00** |
| **Trash** | $ | **15.00** |
| **Total Other Utility Expenditures** | $ | **65.00** |

**Specific Tax Expenditures:**

| | | |
|---|---|---:|
| **Personal Property Tax/ Tags** | $ | **50.00** |
| **Real Estate Taxes** | $ | **50.00** |
| **Total Tax Expenditures** | $ | **100.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| **Pet Expenses** | $ | **100.00** |
| **Birthdays/Gifts** | $ | **30.00** |
| **Pertsonal Care/ Hygiene Items** | $ | **75.00** |
| **Total Other Expenditures** | $ | **205.00** |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Western District of Missouri

In re   **Bradley Aaron Lundy**
       **Shiloh Marie Lundy**                                      Case No.
                                            Debtor(s)              Chapter      **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**51**__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May  9, 2007**                        Signature    **/s/ Bradley Aaron Lundy**
                                                           **Bradley Aaron Lundy**
                                                           Debtor

Date  **May  9, 2007**                        Signature    **/s/ Shiloh Marie Lundy**
                                                           **Shiloh Marie Lundy**
                                                           Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
### Western District of Missouri

In re    **Bradley Aaron Lundy**
**Shiloh Marie Lundy**                 Case No.

                                   Debtor(s)          Chapter     **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,559.00** | **Debtor1, Employment 2007- Buildex** |
| **$12,518.00** | **Debtor1, Employment 2006- Farris Truck Stop, Atchison Casting Corp, Payless Concrete, Triumph Foods, ConAgra Intl Fertilizer Co, Manns Lawn & Landscaping** |
| **$11,650.00** | **Debtor1, Employment 2005- Farris Truck Stop LLC, American Walnut, Randy Reed Chevrolet** |
| **$8,058.00** | **Debtor2, Employment 2007 YTD- North American Savings Bank** |
| **$16,189.00** | **Debtor2, Employment 2006- North American Savings Bank** |
| **$18,316.00** | **Debtor2, Employment 2005- North American Savings Bank** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital One Bank vs Shiloh M Mace 07BU-CV00462** | **AC Breach of Contract** | **Buchanan County MO Div 1** | **Hearing pending** |
| **Midwestern Health Management Inc dba Northwest Financial Servcs vs Bradley A & Shiloh M Lundy 07BU-CV00649** | **AC Petition on Account** | **Buchanan County MO Div 5** | **Hearing pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Midwestern Health Management Inc dba Northwest Financial Servcs vs Bradley A & Shiloh M Lundy 07BU-CV00567** | **AC Suit on Account** | **Buchanan County, MO, Div 6** | **hearing pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Toyota Motor Credit Corp PO Box 2730 Mail Stop WF22 Torrance, CA 90509** | **December 2006** | **Repossession Deficiency** |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None  ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Garage @ 724 Harmon St, St Joseph MO 64504 value $1,400.00; paid deductible $500.00** | **Damaged by vehicle accident Insurance claim $900.00** | **8/2006** |

**9. Payments related to debt counseling or bankruptcy**

None  ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Costello, Davey & Fera, LLC 7211 NW 83rd Street, Suite 220 Kansas City, MO 64152** | **3/02/2007, $200.00 3/13/2007, $1,026.00** | **$1,226.00** |
| **CCCS of the Midwest, Inc 4500 East Broad Street Columbus, OH 43213** | **4/26/2007** | **$75.00** |

**10. Other transfers**

None  ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None  ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
□

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Caroline A Stewart**

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

  The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

7

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                                DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                DATE ISSUED

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST                        PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                        DATE OF TERMINATION

8

### 23 . Withdrawals from a partnership or distributions by a corporation

**None**
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

**None**
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

**None**
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May  9, 2007**                              Signature    **/s/ Bradley Aaron Lundy**

                                                                 **Bradley Aaron Lundy**
                                                                 Debtor


Date  **May  9, 2007**                              Signature    **/s/ Shiloh Marie Lundy**

                                                                 **Shiloh Marie Lundy**
                                                                 Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**WESTERN DISTRICT OF MISSOURI**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| G Addam Fera MO 51272 | X /s/ G Addam Fera MO | May  9, 2007 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**7211 NW 83rd Street, Suite 220**
**Kansas City, MO 64152**
**816-505-4357**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Bradley Aaron Lundy** **Shiloh Marie Lundy** | X /s/ Bradley Aaron Lundy | May  9, 2007 |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) | X /s/ Shiloh Marie Lundy | May  9, 2007 |
| | Signature of Joint Debtor (if any) | Date |

Form 22C (Chapter 13) (04/07)

| In re | **Bradley Aaron Lundy** **Shiloh Marie Lundy** | According to the calculations required by this statement: |
|---|---|---|
| | Debtor(s) | ■ The applicable commitment period is 3 years. |
| Case Number: | | ☐ The applicable commitment period is 5 years. |
| | (If known) | ☐ Disposable income is determined under § 1325(b)(3). |
| | | ■ Disposable income is not determined under § 1325(b)(3). |
| | | (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. REPORT OF INCOME

| 1 | Marital/filing status. Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.<br>b. ■ Married. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10. | | | | | | | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
|---|---|---|---|---|---|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | | | | | | | |
| 2 | Gross wages, salary, tips, bonuses, overtime, commissions. | | | | | | | $ **1,526.41** | $ **1,783.62** |
| 3 | Income from the operation of a business, profession, or farm. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part IV. | | | | | | | | |
| | | | | Debtor | | Spouse | | | |
| | a. | Gross receipts | | $ | **0.00** | $ | **0.00** | | |
| | b. | Ordinary and necessary business expenses | | $ | **0.00** | $ | **0.00** | | |
| | c. | Business income | Subtract Line b from Line a | | | | | $ **0.00** | $ **0.00** |
| 4 | Rents and other real property income. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. Do not include any part of the business expenses entered on Line b as a deduction in Part IV. | | | | | | | | |
| | | | | Debtor | | Spouse | | | |
| | a. | Gross receipts | | $ | **0.00** | $ | **0.00** | | |
| | b. | Ordinary and necessary operating expenses | | $ | **0.00** | $ | **0.00** | | |
| | c. | Rent and other real property income | Subtract Line b from Line a | | | | | $ **0.00** | $ **0.00** |
| 5 | Interest, dividends, and royalties. | | | | | | | $ **0.00** | $ **0.00** |
| 6 | Pension and retirement income. | | | | | | | $ **0.00** | $ **0.00** |
| 7 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child or spousal support. Do not include amounts paid by the debtor's spouse. | | | | | | | $ **0.00** | $ **0.00** |
| 8 | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | | | | | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act | | Debtor $ | | **0.00** | Spouse $ | **0.00** | $ **0.00** | $ **0.00** |
| 9 | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | | | | | |
| | | | | Debtor | | Spouse | | | |
| | a. | | | $ | | $ | | | |
| | b. | | | $ | | $ | | $ **0.00** | $ **0.00** |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | | | | | | $ **1,526.41** | $ **1,783.62** |
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | | | | | $ | **3,310.03** |

Form 22C (Chapter 13) (04/07) - Cont.                                                                                              2

| | Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD | |
|---|---|---|
| 12 | Enter the amount from Line 11 | $ **3,310.03** |
| 13 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents.  Otherwise, enter zero. | $ **0.00** |
| 14 | Subtract Line 13 from Line 12 and enter the result. | $ **3,310.03** |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $ **39,720.36** |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  a. Enter debtor's state of residence: **MO**   b. Enter debtor's household size: **5** | $ **72,809.00** |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed.  ■ The amount on Line 15 is less than the amount on Line 16. Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.  ☐ The amount on Line 15 is not less than the amount on Line 16. Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

| | Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME | |
|---|---|---|
| 18 | Enter the amount from Line 11. | $ **3,310.03** |
| 19 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, enter the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents.  If you are unmarried or married and filing jointly with your spouse, enter zero. | $ **0.00** |
| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ **3,310.03** |
| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ **39,720.36** |
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ **72,809.00** |
| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.  ☐ The amount on Line 21 is more than the amount on Line 22. Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.  ■ The amount on Line 21 is not more than the amount on Line 22. Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement.  Do not complete Parts IV, V, or VI. | |

| | Part VII. VERIFICATION | |
|---|---|---|
| 60 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*  Date: **May 9, 2007**    Signature: **/s/ Bradley Aaron Lundy**  **Bradley Aaron Lundy**  (Debtor)  Date: **May 9, 2007**    Signature **/s/ Shiloh Marie Lundy**  **Shiloh Marie Lundy**  (Joint Debtor, if any) | |

Form 22C (Chapter 13) (04/07) - Cont.                                                                                    3

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **11/01/2006** to **04/30/2007**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Buildex**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **11/2006** | **$0.00** |
| 5 Months Ago: | **12/2006** | **$0.00** |
| 4 Months Ago: | **01/2007** | **$248.88** |
| 3 Months Ago: | **02/2007** | **$2,674.33** |
| 2 Months Ago: | **03/2007** | **$1,636.12** |
| Last Month: | **04/2007** | **$0.00** |
| | Average per month: | **$759.89** |

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Manns Lawn & Landscape**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **11/2006** | **$0.00** |
| 5 Months Ago: | **12/2006** | **$169.15** |
| 4 Months Ago: | **01/2007** | **$0.00** |
| 3 Months Ago: | **02/2007** | **$0.00** |
| 2 Months Ago: | **03/2007** | **$0.00** |
| Last Month: | **04/2007** | **$0.00** |
| | Average per month: | **$28.19** |

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Payless Concrete**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **11/2006** | **$2,215.00** |
| 5 Months Ago: | **12/2006** | **$2,215.00** |
| 4 Months Ago: | **01/2007** | **$0.00** |
| 3 Months Ago: | **02/2007** | **$0.00** |
| 2 Months Ago: | **03/2007** | **$0.00** |
| Last Month: | **04/2007** | **$0.00** |
| | Average per month: | **$738.33** |

Form 22C (Chapter 13) (04/07) - Cont.                                                                                                    4

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **11/01/2006** to **04/30/2007**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **North American Savings Bank**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **11/2006** | **$80.00** |
| 5 Months Ago: | **12/2006** | **$2,519.16** |
| 4 Months Ago: | **01/2007** | **$2,003.91** |
| 3 Months Ago: | **02/2007** | **$2,059.54** |
| 2 Months Ago: | **03/2007** | **$1,972.35** |
| Last Month: | **04/2007** | **$2,066.73** |
| | Average per month: | $1,783.62 |