# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

In re:                             )
    Bradley Aaron Lundy          )    Case No. 07-50270
    and                          )
    Shiloh Marie Lundy,          )
        Debtors.                 )

## AMENDMENT TO CHAPTER 13 PLAN

COME NOW, Debtors, Bradley Aaron and Shiloh Marie Lundy, by and through their attorney of record, G. Addam Fera, and amend their Chapter 13 Plan to reflect the following:

1. Debtors has a domestic support obligation to Katherine McDowell and is payable to Missouri Family Support Payment Center, PO Box 109002, Jefferson City, Missouri, 65110.

2. Debtors have a second mortgage on their residence with First Tennessee Bank of Memphis which shall be paid directly by Debtors.

3. All other provisions of the Debtors' Chapter 13 Plan remain the same.

August 28, 2007

Respectfully submitted,
/s/Addam Fera
G. Addam Fera      #51272
7211 NW 83rd St, Suite 220
Kansas City, MO 64152
Phone: (816) 505-4357
Fax:   (816) 505-4355
E-mail: docket@cdf-law.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Amendment to Chapter 13 Plan was mailed by US Mail, postage prepaid, to the following this 28th day of August 2007 to:
And by electronic mail to:
Richard V. Fink, Trustee          Tyler B. Jones
Jere L. Loyd
And all others requesting electronic noticing.

/s/Addam Fera
G. Addam Fera      #51272