## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In re:                                )
      Bradley Aaron Lundy          )          Case No. 07-50270
      and                          )
      Shiloh Marie Lundy,          )
          Debtors.            )

## AMENDMENT TO CHAPTER 13 PLAN

COME NOW, Debtors, Bradley Aaron and Shiloh Marie Lundy, by and through their attorney of record, G. Addam Fera, and amend their Chapter 13 Plan to reflect the following:

1.      Debtors shall make the ongoing domestic support obligations directly to Katherine McDowell, payable to Missouri Family Support Center.

2.      Debtors have a second mortgage on their residence with First Tennessee Bank of Memphis which shall be paid directly by Debtors.

3.      All other provisions of the Debtors' Chapter 13 Plan remain the same.

Respectfully submitted,

October 18, 2007            /s/Addam Fera
G. Addam Fera      #51272
7211 NW 83rd St, Suite 220
Kansas City, MO 64152
Phone: (816) 505-4357
Fax:   (816) 505-4355
E-mail:docket@cdf-law.com
ATTORNEY FOR DEBTORS

### CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Amendment to Chapter 13 Plan was mailed by US Mail, postage prepaid, to the following this 28th day of August 2007 to:
And by electronic mail to:
Richard V. Fink, Trustee         Tyler B. Jones
Jere L. Loyd
And all others requesting electronic noticing.

/s/Addam Fera
G. Addam Fera      #51272