# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

In re:                              )
    Bradley Aaron Lundy          )     Case No. 07-50270
    and                          )
    Shiloh Marie Lundy,          )
        Debtors.             )

## AMENDMENT TO CHAPTER 13 PLAN

COME NOW, Debtors, Bradley Aaron and Shiloh Marie Lundy, by and through their attorney of record, G. Addam Fera, and amend their Chapter 13 Plan to reflect the following:

1. Debtors' plan payment shall be $320.00 per month.

2. Debtors shall pay by wage order to Johnson Controls Distribution Center, 2330 Lower Lake Road, St. Joseph, Missouri 64504.

3. All other provisions of the Debtors' Chapter 13 Plan remain the same.

|                        | Respectfully submitted,          |
|------------------------|----------------------------------|
| September 15, 2008     | /s/Addam Fera                    |
|                        | G. Addam Fera        #51272      |
|                        | 7211 NW 83rd St, Suite 220  |
|                        | Kansas City, MO 64152            |
|                        | Phone: (816) 505-4357            |
|                        | Fax:    (816) 505-4355           |
|                        | E-mail:docket@cdf-law.com        |
|                        | ATTORNEY FOR DEBTORS             |

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Amendment to Chapter 13 Plan was mailed by US Mail, postage prepaid, to the following this 15th day of September 2008 to:
    Chase Bank USA, NA, PO Box 15145, Wilmington, Delaware 19850
    ECMC, 7325 Beaufont Springs, Suite 200, Richmond, Virginia 23225
    Sallie Mae Inc., 220 Lasley Avenue, Wilkes-Barre, Pennsylvania 18706
And by electronic mail to:
Richard V. Fink, Trustee                 Patti H. Bass
Tyler B. Jones                             Steven M. Leigh
Jere L. Loyd
And all others requesting electronic noticing.

                                                    /s/Addam Fera
                                                    G. Addam Fera        #51272