IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In re:                              )
    Bradley Aaron Lundy          )    Case No. 07-50270
    and                          )
    Shiloh Marie Lundy,          )
        Debtors.             )

## AMENDMENT TO CHAPTER 13 PLAN

COME NOW, Debtors, Bradley Aaron and Shiloh Marie Lundy, by and through their attorney of record, G. Addam Fera, and amend their Chapter 13 Plan to reflect the following:

1. Debtors' shall surrender their 1998 Ford Expedition to creditor, DS Finance.

2. All other provisions of the Debtors' Chapter 13 Plan remain the same.

January 27, 2011

Respectfully submitted,
/s/Addam Fera
G. Addam Fera        #51272
7211 NW 83rd St, Suite 220
Kansas City, MO 64152
Phone: (816) 505-4357
Fax:   (816) 505-4355
E-mail:docket@cdf-law.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Amendment to Chapter 13 Plan was mailed by US Mail, postage prepaid, to the following this 27th day of January 2011 to:
    Chase Bank USA, NA, PO Box 15145, Wilmington, Delaware 19850
    ECMC, 7325 Beaufont Springs, Suite 200, Richmond, Virginia 23225
    Sallie Mae Inc., 220 Lasley Avenue, Wilkes-Barre, Pennsylvania 18706
And by electronic mail to:
Richard V. Fink, Trustee
Patti H. Bass
Courtney K. Blasi
Tyler B. Jones
Steven M. Leigh
Jere L. Loyd
And all others requesting electronic noticing.

/s/Addam Fera
G. Addam Fera        #51272